IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

**EMMA LISA RODGERS, as Parent and
Natural Guardian of S.R.,**

**Plaintiff,**

v.                                                                    Civil Action No. 2:18-CV-00123

**UNITED STATES OF AMERICA**

**Defendant.**

## AGREED ORDER DISMISSING CASE

This Court has been advised that the matters in controversy in the above-styled civil action have been compromised and settled. Therefore, it is ORDERED that this civil action be, and the same is hereby, DISMISSED WITH PREJUDICE and retired from the docket of the Court.

The clerk is DIRECTED to transmit copies of this Order to all counsel of record herein.

DATED: 2/25/2020

_____
Thomas S. Kleeh
United States District Judge

AGREED TO BY:

/s/ *Wesley W. Metheney*
Wesley W. Metheney, Esq.
W. Va. Bar #2538
1000 Coombs Farm Drive, Suite 106
Morgantown, WV 26508
(304) 292-9429

/s/ *Christopher J. Prezioso*
Christopher J. Prezioso, Esq.
W. Va. Bar #9384
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
P.O. Box 591
1125 Chapline Street, Suite 3000
Wheeling, WV 26003
Phone: (304) 234-0100

COUNSEL FOR PLAINTIFF

COUNSEL FOR DEFENDANT

1

*/s/ Monica N. Haddad*
Monica N. Haddad, Esq.
W. Va. Bar #5835
205 Lakeside Drive
Morgantown, WV 26505
(304) 290-5498

GUARDIAN AD LITEM